UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN CONWAY,<br><br>　　　　Defendant. | Case No. 2:23-mj-00300-MDC<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 11, 2024 at the hour of 4:00 p.m., be vacated and continued to October 14, 2024 at the hour of 4:00 p.m.

　　DATED this 6th day of September, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3