## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RUBEN CONWAY,<br><br>        Defendant. | Case No. 2:23-mj-00300-MDC<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 14, 2024 at the hour of 4:00 p.m., be vacated and continued to November 18, 2024 at the hour of 4:00 p.m. in LV Courtroom 3B.

      DATED this 8th day of October, 2024.

                                                                                        UNITED STATES MAGISTRATE JUDGE